UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE MANDILO RUFFIN, | Case No. 24-cv-01296-PJH |
|---|---|
| Plaintiff. | **ORDER OF DISMISSAL** |

This case was opened when plaintiff, an Oregon state prisoner proceeding pro se, wrote a letter to the court regarding obtaining his economic impact payment pursuant to the Coronavirus Aid, Relief, and Economic Security Act. In an effort to protect his rights, it was filed as a new case. Plaintiff has now filed a notice stating that he did not intend to file a case. Docket No. 4. This case is therefore **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a). No fee is due.

**IT IS SO ORDERED.**

Dated: April 22, 2024

　　　　　　　　　　　　　　　　　　　　／s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　United States District Judge